UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

NOEMI HALL,

                                  PLAINTIFF,

-AGAINST-

NEW YORK CITY and POLICE OFFICER LAURA
CADAVID, individually, and in her capacity as a member
of the New York City Police Department,

                                  DEFENDANTS.

------------------------------------------------------------------------ x

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41 (a)(1)(A)(ii)**

15-CV-6521

IT IS HEREBY STIPULATED AND AGREED by and between the PLAINTIFF and the DEFENDANTS NEW YORK CITY and POLICE OFFICER LAURA CADAVID that whereas Plaintiff no longer wishes to pursue the claims presented by this action, that pursuant to F.R.C.P 41(a)(1)(A)(ii), this action be dismissed on the consent of the parties without an award of costs and/or disbursements against any party. The dismissal of the action is with prejudice.

PetersonDelleCave, LLP
Attorneys for Plaintiff

By _____
Malcolm Anderson (MA 4852)
233 Broadway, Suite 1800
New York, New York 10279
(212) 240-9075
Dated: 1/11/16

Zachary W. Carter
Attorney for Defendants

By _____
Shira R. Siskind
Assistant Corporation Counsel
New York City Law Department
100 Church Street, NY 10007
(212) 356-2414
Dated: 1/11/16